# CERTIFICATE

The undersigned Authority has the honor to certify, in conformity with Article 6 of the Convention that:

1) that the document has been served:

    Date: __11.01.2005__   11 January 2005

    At: __Hämeenlinna, Finland__   Hämeenlinna

1:04cv453 TLS

in one of he following methods authorized by Article 5

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.

☐ (b) in accordance with the following particular method:

_____

☒ (c) by delivery to the addressee, who accepted it voluntarily

The documents referred to in the Request have been delivered to:

Identity and description of person: __Yrjö Raunisto,__ ~~(vice member of the board)~~

Relationship to addressee: __in person__

2) that the document has not been served, by reason of the following facts:

_____

_____

In conformity with the second paragraph of Article 12 of the Convention, the Applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes

Documents returned: _____

_____

In appropriate cases, documents establishing the service: _____

Done at: __Helsinki 14 January 2005__

Date: __11.01.2005__

Signature and/or stamp

VELI-MATTI PIIRRILÄ
haastemies
HML:n käräjäoikeus
Arvi Kariston katu 5
13100 Hämeenlinna
puh. 010 3647 330
050-327 8418

Taina Neira,
Legal Adviser

[FILED JAN 24 2005 12:01 PM - STEPHEN R. LUDWIG, CLERK, U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA]

[Seal: OIKEUSMINISTERIÖ * JUSTITIEMINISTERIET]

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(Article 5, fourth paragraph)

Name and address of the requesting authority:

> United States District Court, Northern District of Indiana, Fort Wayne Division
> 1300 South Harrison Street
> Fort Wayne, Indiana 46802

Particulars of the parties:   Plaintiffs:   Innovative Piledriving Products, LLC
                                            Hercules Machinery Corporation, Inc.

                              Defendants:   Unisto Oy
                                            Yrjo Raunisto
                                            Airi Raunisto

### JUDICIAL DOCUMENT

Nature and purpose of the document:    Institution of lawsuit

Nature and purpose of proceedings and, where appropriate, the amount in dispute:

> Breach of contract and defamation claims

Date and place for entering appearance:   20 days from date of service at United States District Court for the Northern District of Indiana, Fort Wayne Division

Court which has given judgment:    Not applicable

Time limits stated in documents:   20 days from date of service

### EXTRAJUDICIAL DOCUMENT

Nature and purpose of the document:    Not applicable

Time limits stated in documents:    Not applicable

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF INDIANA

INNOVATIVE PILEDRIVING
PRODUCTS, LLC and HERCULES            **ALIAS SUMMONS**
MACHINERY CORPORATION, INC.,          **IN A CIVIL CASE**

            Plaintiffs,                    **CASE NUMBER: 1:04-CV-453**

v.

UNISTO OY, YRJO RAUNISTO and
AIRI RAUNISTO,

            Defendants.

TO:    Yrjo Raunisto
         Unisto Oy
         % Ministry of Justice
         International Affairs
         Etelaesplanadi 10
         00130 Helsinki
         Post Office Box 25
         00023 Government

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

JOHN C. THEISEN, Esq.
THEISEN, BOWERS & ASSOCIATES, LLC
810 South Calhoun Street, Suite 200
Fort Wayne Indiana 46802

an answer to the Complaint which is herewith served upon you, within <u>Twenty (20)</u> days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Stephen R. Ludwig</u>                    December 14, 2004
CLERK                                           DATE

<u>J. Padley</u>
(By) DEPUTY CLERK